**00–2105.  State ex rel. Klein v. Russell.**

Warren App. No. CA2000–08–069. On motion to strike appellant's brief and motion to strike memorandum opposing motion to strike. *Sua sponte,* cause dismissed.

RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and COOK, JJ., would grant the motion to strike appellant's brief.

**00–2145.  Citizen Power, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio ("commission"). Upon consideration of various motions by the parties and a petition by the appellant,

IT IS ORDERED by the court that the motion by FirstEnergy Corp. for leave to intervene as an appellee be, and hereby is, sustained.

COOK, J., not participating.

IT IS FURTHER ORDERED by the court that the motions to dismiss the appeal by the commission and FirstEnergy Corp. be, and hereby are, sustained.

PFEIFER, J., dissents.

COOK, J., not participating.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

PFEIFER, J., dissents.

COOK, J., not participating.

IT IS FURTHER ORDERED by the court that the commission's motion to strike the appellant's petition for writ of mandamus be sustained and appellant's request for sanctions be denied as moot.

PFEIFER, J., dissents.

COOK, J., not participating.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appellant's petition for writ of mandamus be, and hereby is, stricken and appellant's request for sanctions be, and hereby is, denied.

PFEIFER, J., dissents.

COOK, J., not participating.

**00–2210.  Natl. Elec. Contrs. Assn. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–56.  Reid v. McClinton.**

In Procedendo. On complaint in procedendo by Richard Reid. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–88.  State ex rel. Modern Tool & Die Co. v. Cuyahoga Cty. Court of Common Pleas.**

In Prohibition. On motion for leave to intervene by Randy J. Vitale and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–139.  Kirkwood v. Sixth Appellate Dist. Court of Appeals.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

**01–230.  State ex rel. Brown v. McMonagle.**

In Mandamus. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.